IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Criminal No. 00-210 PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROY G. BABCOCK, Defendant. | ) | **APPLICATION FOR ORDER FOR DEBTOR EXAMINATION** |

This matter comes before the Court on the application of the United States for an Order for Debtor Examination. The United States appears by and through Frank J. Magill, Jr., Acting United States Attorney, and Mary Trippler, Assistant United States Attorney.

1. Jurisdiction of this Court is invoked pursuant to the Rules 26, 30(a)(b), and 69(a), Fed. R. Civ. P., 28 U.S.C. §636(a)(2) and 28 U.S.C. §3015.

2. Judgment for the United States was entered on January 14, 2002, against the defendant judgment debtor, in the sum of $85,595.86. The judgment debtor resides in Hastings, Minnesota, within the jurisdiction of this Court.

3. The judgment has not been satisfied, vacated or reversed, and there is now due and owing the sum of $70,295.86.

4. There has been no previous examination of the judgment debtor in connection with collection of this debt.

5. The United States of America has been unsuccessful in its attempts to have the debtor voluntarily provide financial information in aid of collection of the judgment.

WHEREFORE, the United States petitions this Court for an Order requiring the judgment debtor to appear before the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, Courtroom 9 East[1], U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on June 24, 2008, at 1:30 p.m., with a copy of the judgment debtor's last Federal Tax Return, a current pay stub, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A. In the alternative, the judgment debtor may appear before the Chief United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form OBD-500, attached hereto.

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Greg Brooker*

Dated: *5-14-08*

FOR: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 644-5600
Attorney for Plaintiff

[1]Please check the lobby kiosk to reconfirm courtroom number.