IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CRIMINAL NO. 00-210 PAM

UNITED STATES OF AMERICA,
Plaintiff,
v.
ROY G. BABCOCK,
Defendant.

**ORDER FOR JUDGMENT DEBTOR EXAMINATION**

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of Roy G. Babcock, judgment debtor, it is --

ORDERED: That Roy G. Babcock appear in Courtroom 9 East[1], of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, on June 24, 2008, at 1:30 p.m., before the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property, and credits.

IT IS FURTHER ORDERED: That the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last Federal tax return, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED: That, in the alternative, the

[1]Please check the lobby kiosk to reconfirm courtroom number.

judgment debtor may appear before the Chief United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form attached hereto.

A copy of this ORDER shall be served upon the judgment debtor Roy G. Babcock, ten (10) days before the date of this Examination.

**FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.**

Dated: May 16, 2008

BY THE COURT:

s/Raymond L. Erickson

RAYMOND L. ERICKSON
Chief U.S. Magistrate Judge