# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, Plaintiff, v. Roy G. Babcock, Defendant. | ) | COURT MINUTES - CIVIL<br>BEFORE: Raymond L. Erickson<br>Chief U.S. Magistrate Judge |
| | ) | Case No: Crim. No. 00-210 (PAM/JGL) |
| | ) | Date: June 24, 2008 |
| | ) | Court Reporter: Lorilee Fink |
| | ) | Time Commenced: 1:30 p.m. |
| | ) | Time Concluded: 1:31 p.m. |
| | ) | Time in Court: 0 Hours & 1 Minutes |

Hearing on: **Debtor Examination Hearing**

## APPEARANCES:

Plaintiff: Mary L. Trippler, Assistant United States Attorney
Defendant: Roy G. Babcock, appearing pro se

## PROCEEDINGS:

- ☒ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Proceedings continued to ___________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/BAS
Judicial Law Clerk